1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 HASSAN KANGARLOO,                    )
                                        ) No. C 06-2462 MHP
13                                      )
                Petitioner,             )
14                                      )
        v.                              )
15                                      ) STIPULATION AND [PROPOSED] ORDER
   DAVID STILL, in his Official Capacity, District ) CONTINUING CASE MANAGEMENT
16 Director, U.S. Department of Homeland Security, ) CONFERENCE
   Citizenship and Immigration Services, San      )
17 Francisco, California;                         )
                                        )
18 MICHAEL CHERTOFF, in his Official Capacity, )
   Secretary, United States Department of        )
19 Homeland Security;                             )
                                        )
20 ALBERTO R. GONZALES, in his Official )
   Capacity, Attorney General, U.S. Department of )
21 Justice,                             )
                                        )
22              Respondents.            )
                                        )
23 _____ )

24     Petitioner, by and through his attorney of record, and Respondents, by and through their

25 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

26     1. On April 7, 2006, petitioner filed a petition for *de novo* review of his application for

27 naturalization pursuant.

28     2. The respondents filed an answer to the petition on May 7, 2006.

   Answer
   C06-2462 MHP                          1

1 | 3. The parties believe that the case may possibly be resolved administratively.

2 | 4. The parties therefore agree, subject to court approval, to continue the Case Management
3 | Conference currently set for July 10, 2006, to September 11, 2006.

4 | 5. The parties further agree, subject to court approval, to file a joint case management
5 | statement seven days in advance of the case management conference, and to file the necessary
6 | Alternative Dispute Resolution documents twenty-one days in advance of the case management
7 | conference.

8 | Dated: June 19, 2006                           Respectfully submitted,

9 |                                                KEVIN V. RYAN
                                                   United States Attorney
10 |

11 |                                                       /s/
                                                   ILA C. DEISS
12 |                                                Assistant United States Attorney
                                                   Attorneys for Respondents
13 |

14 |

15 | Dated: June 19, 2006                                   /s/
                                                   MARC VAN DER HOUT
16 |                                                ZACHARY NIGHTINGALE
                                                   Attorneys for Petitioner
17 |

18 |                                    **ORDER**

19 | PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference
20 | be continued to September 11, 2006.

21 |

22 | DATED: June 20, 2006

23 |                                                MARILYN H. PATEL
                                                   IT IS SO ORDERED
24 |                                                [signature]
                                                   Judge Marilyn H. Patel
25 |

26 |

27 |

28 |

Answer
C06-2462 MHP                                       2