Zachary Nightingale (California Bar #184501)
Marc Van Der Hout (California Bar # 80778)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003

Attorneys for Petitioner
Hassan KANGARLOO

KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| Hassan KANGARLOO<br><br>   Petitioner,<br><br>v.<br><br>David STILL, in his Official Capacity, District Director, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, San Francisco, California;<br><br>Michael CHERTOFF, in his Official Capacity, Secretary, U.S. Department of Homeland Security;<br><br>Alberto R. GONZALES, in his Official Capacity, Attorney General, U.S. Department of Justice<br><br>   Respondents. | Case No. C06-2462 MHP<br><br>USCIS No.: A 38-251-716<br><br>**FOURTH JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16-2(d), Petitioner and Respondent hereby submit a Fourth Joint Case Management Statement and respectfully request that the Court modify the trial date and pre-trial schedule in this case (as laid out in the parties' Third Joint Case Management Statement and [Proposed] Order, filed November 13, 2006). Specifically, after conferring with each other, the parties request that the Court re-set the December 8, 2006 hearing as a case management/pre-trial conference (or set such conference to take place on December 11, 2006), and set another date for the hearing either on January 5, 2007, or as soon as possible after that date. Also, as set out below, the parties also stipulate to a new schedule for briefing on the legal issues of this case and intend to file a new discovery and pre-trial schedule at the next pre-trial conference.

On November 22 2006, Respondent, United States & Citizenship Services, issued a Recommendation on Application for Naturalization, in which it found Petitioner ineligible for naturalization. The Recommendation is attached to this Statement as Exhibit A. That recommendation includes reference to both factual and legal issues. The legal issues referenced in that recommendation had not previously been raised in this case. The parties believe that the Court would benefit from legal briefing from both sides addressing these issues before the evidentiary hearing. Thus, Respondent's Recommendation changes the issues in dispute in this case and warrants additional pre-trial submissions.

Therefore, under Federal Rule of Civil Procedure 16 and Local Rule 16-2(d), the parties respectfully request that the Court modify the discovery and trial schedule for this case. First, they request that the Court reset the trial date of December 8, 2006 as a pre-trial conference. Alternatively, they request that the Court set a new date for a pre-trial conference on December 11, 2006. They also request that the Court set a new trial date of January 5, 2007, or at the Court's next available date after January 5, 2007. See Local Rule 16-10(c).

Second, they stipulate to the following schedule to submit briefs on points of law: Petitioner will submit a brief on or by December 4, 2006; Respondents will submit a response brief on or by December 11, 2006; and Petitioner will submit a reply brief on or by December 18, 2006.

**FOURTH JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**  Case No. C06-2462 MHP

Case 3:06-cv-02462-MHP   Document 22   Filed 12/01/06   Page 3 of 3

    The parties intend to proceed with discovery in the form of depositions to take place the week of November 27, 2006. They stipulate that they may continue discovery until the new case management statement is filed, and the previously determined discovery and trial deadlines contained in the Third Joint Case Management Statement no longer apply.

Dated: November 28, 2006                      ____/s/_____
                                                 ILA C. DEISS
                                                 Attorney for Respondents

Dated: November 28, 2006                      _____/s/_____
                                                 Zachary Nightingale
                                                 Attorney for Petitioner

**CASE MANAGEMENT ORDER**

    The court finds that each party was represented by lead trial counsel responsible for trial of this matter and was given an opportunity to be heard as to all matters encompassed by this Case Management Statement and Proposed Order filed prior to this conference. The court adopts this statement as modified and enters of this court pursuant to Civ. L. R. 16-10(b).

    The next case management conference shall take place at Jan. 5, 2007 at 10:30 a.m.         .

    The foregoing joint Case Management Order in this action in accordance with Civ. L. R. 16 and other applicable Local Rules, and shall govern all further proceedings in this action.

IT IS SO ORDERED.

Dated:   Nov. 30, 2006



_____
MARILYN HALL PATEL
United States District Judge

3

**FOURTH JOINT CASE MANAGEMENT STATEMENT**             Case No. C06-2462 MHP
**AND [PROPOSED] ORDER**