1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12  HASSAN KANGARLOO,                    )
                                         )   No. C 06-2462 MHP
13                                       )
                  Petitioner,            )
14                                       )
             v.                          )   **STIPULATION TO EXTEND DATES;**
15                                       )   **and  [PROPOSED] ORDER**
    DAVID STILL, in his Official Capacity, District )
16  Director, U.S. Department of Homeland Security, )
    Citizenship and Immigration Services, San )
17  Francisco, California; MICHAEL CHERTOFF, in )
    his Official Capacity, Secretary, United States )
18  Department of Homeland Security;     )
    ALBERTO R. GONZALES, in his Official )
19  Capacity, Attorney General, U.S. Department of )
    Justice,                             )
20                                       )
                  Respondents.           )
21  _____ )

22
         On November, 30, 2006, the Court approved the parties' stipulated briefing schedule and set a
23
    case management conference for January 5, 2006.  On December 4, 2006, Petitioner filed his Pre-
24
    Trial Memorandum of Legal Points and Authorities.  Now, Petitioner, by and through his attorney
25
    of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to
26
    the approval of the Court, to two-day extension of time within which the Respondents will submit
27
    a response to Petitioner's December 4, 2006 Pre-trial Legal Memorandum of Legal Points and
28

1   Authorities and Petitioner's Reply thereto.

2      The Parties respectfully request that the Court extend the due dates for Respondents' response

3   to December 13, 2006, and Petitioner's reply to December 20, 2006.

4

5   Dated: December 11, 2006             Respectfully submitted,

6                                        KEVIN V. RYAN
                                       United States Attorney

7

8                                        /s/

9                                        ILA C. DEISS
                                       Assistant United States Attorney
                                       Attorney for Defendants

10

11   Dated: December 11, 2006                    /s/

12                                        ZACHARY NIGHTINGALE
                                       Attorney for Petitioner

13

14

15                                **ORDER**

16      Pursuant to stipulation, IT IS SO ORDERED.

17

18   Date:     12/12/06

19                                        MARILYN HALL PATEL
                                       United States District Judge

20

21

22

23

24

25

26

27

28