Zachary Nightingale (California Bar #184501)
Marc Van Der Hout (California Bar # 80778)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003

Attorneys for Petitioner
Hassan KANGARLOO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| Hassan KANGARLOO<br><br>   Petitioner,<br><br>   v.<br><br>David STILL, in his Official Capacity, District Director, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, San Francisco, California;<br><br>Michael CHERTOFF, in his Official Capacity, Secretary, U.S. Department of Homeland Security;<br><br>Alberto R. GONZALES, in his Official Capacity, Attorney General, U.S. Department of Justice<br><br>   Respondents. | Case No. C06-2462 MHP<br><br>USCIS No.: A 38-251-716<br><br>[PROPOSED] ORDER RE PETITION |

1  Having considered Petitioner's application for naturalization (now before this Court pursuant

2  to 8 U.S.C. § 1447(b)) and the documents relevant to that petition as submitted by the parties, and

3  having considered the legal arguments presented by counsel for Petitioner and counsel for

4  Respondents, the Court hereby finds as follows:

5  1. Petitioner has not been convicted of a crime involving moral turpitude;

6  2. Petitioner is (and has been) a person of good moral character for the duration of the statutory

7  period relevant to his application for naturalization. 8 U.S.C. § 1427(a)(3); 8 U.S.C. § 1101(f).

8  The Court further finds that Petitioner meets all other requirements for naturalization, which

9  were not in dispute in this case. 8 U.S.C. § 1427.

10  Therefore, the Court hereby grants Petitioner's petition for naturalization.

11  The Court sets a date of January 23, 2007 at 9:30 a.m., for Petitioner to appear before this

12  Court for the administration of the oath of allegiance to the United States. 8 U.S.C. §

13  1421(b)(1)(A). The Court further orders that the Department of Homeland Security shall

14  promptly, and before that date, forward to this Court a certificate of naturalization for Petitioner,

15  and any other such information that may be necessary to administer the oath of allegiance. 8

16  U.S.C. § 1421(b)(2)(A)(ii).

IT IS SO ORDERED.

Dated:  Jan. 11, 2007

_____
MARILYN HALL PATEL
United States District Judge

[Proposed] Order re Petition                                                                 No: C06-2462 MHP